**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: COMBS, KENNETH C. §  COMBS, CARLA A. § § Debtor(s) § | Case No. 11-80634 |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS            , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   United States Bankruptcy Court
   211 South Court Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/21/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 08/16/2011   By: /s/JAMES E. STEVENS
                                                                                                                              Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: COMBS, KENNETH C. | § | Case No. 11-80634 |
| COMBS, CARLA A. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 3,320.81 |
| *and approved disbursements of* | $ 9.06 |
| *leaving a balance on hand of* [1] | $ 3,311.75 |
| **Balance on hand:** | $ 3,311.75 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,311.75 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 830.20 | 0.00 | 830.20 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 617.00 | 0.00 | 617.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,447.20 |
| Remaining balance: | $ 1,864.55 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,864.55

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,864.55

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,945.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Rockford Health Physicians | 50.00 | 0.00 | 4.92 |
| 2 | Advantage Assets II | 988.61 | 0.00 | 97.30 |
| 3 | Rockford Memorial Hospital | 5,710.87 | 0.00 | 562.04 |
| 4 | Atlas Acquisitions LLC | 1,060.56 | 0.00 | 104.38 |
| 5 | Sinnissippi Centers, Inc. | 346.51 | 0.00 | 34.10 |
| 6 | Verizon Wireless | 1,664.30 | 0.00 | 163.79 |
| 7 | Portfolio Recovery Associates, LLC | 295.42 | 0.00 | 29.07 |
| 8 | Portfolio Recovery Associates, LLC | 1,265.51 | 0.00 | 124.55 |
| 9 | Portfolio Recovery Associates, LLC | 3,527.15 | 0.00 | 347.13 |
| 10 | Rockford Mercantile Agency Inc | 2,592.31 | 0.00 | 255.13 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 11 | Swedish American Hospital | 1,444.26 | 0.00 | 142.14 |

Total to be paid for timely general unsecured claims: $ 1,864.55
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-80634-MB
Kenneth C. Combs                                                Chapter 7
Carla A. Combs
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez           Page 1 of 2             Date Rcvd: Aug 30, 2011
                              Form ID: pdf006         Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2011.
```
db/jdb     +Kenneth C. Combs,   Carla A. Combs,    1439 Marijon Drive,   Byron, IL 61010-8830
aty        +Jeffrey A Bivens,   Jeffrey A. Bivens, PC,    4855 E. State St.,   Rockford, IL 61108-2274
tr         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
             Rockford, IL 61108-2582
16837674   +Advantage Assets II,    c/o LTD financial Services,LP,    7322 Southwest Freeway, Ste. 1600,
             Houston, TX 77074-2053
16837675    Ally,   c/o Central Credit Services, Inc.,    P.O. Box 15118,   Jacksonville, FL 32239-5118
16837676   +Byron Bank,    200 N. Walnut,   Byron, IL 61010-8803
16837677   +Caraotta Chiropractic,    4921 E. State St.,   Rockford, IL 61108-2294
16837678    Citi Cards,    Processing Center,   Des Moines, IA 50363-0001
16837679    Department Store National Bank,    c/o United Recovery Systems,    P.O. Box 7222929,
             Houston, TX 77272-2929
16837680   +Dr. Conklin,    6993 Redansa Ridge,   Rockford, IL 61108-1201
16837681    EP Consultation,    P.O. Box 537,   Park Ridge, IL 60068-0537
16837683   +GE Money Bank,    c/o Portfolio Recovery Associates,,    P.O. Box 12914,   Norfolk, VA 23541-0914
16837684    Illinois Cardiac Surgery Associates,    515 NE Glen Oak Ave., Ste. 202,    Peoria, IL 61603-3166
16837686   +LVNV Funding,    c/o Tate & Kirlin Associates,   2810 Southampton Rd.,
             Philadelphia, PA 19154-1207
16837687    Macy’s,   P.O. Box 689195,   Des Moines, IA 50368-9195
16837688   +Midwest Dental,    c/o Affiliated Credit Services,    P.O. Box 7739,   Rochester, MN 55903-7739
16837690   +OSF Health Care,    5666 E. State St,   Rockford, IL 61108-2425
16837691   +OSF Health Care,    530 NE Glen Oak Ave.,   Peoria, IL 61603-3117
16837689   +Orthopedic Associates of Illinois,    1235 N. Mulford Rd.,   Rockford, IL 61107-3879
17405833  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     c/o American Eagle Outfitters,
             PO Box 41067,   Norfolk VA 23541)
17405849  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     c/o Ashley Furniture Homestore,
             PO Box 41067,   Norfolk VA 23541)
17405848  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     c/o JcPenney,   PO Box 41067,
             Norfolk VA 23541)
16837692   +Park Ridge Anesthesiology,    P.O. Box 1123,   Jackson, MI 49204-1123
16837693   +Portfolio Recovery Associates, LLC,    c/o Freedman, Anselmo,    1807 West Diehl Rd., Ste. 333,
             Naperville, IL 60563-1890
16837694   +RHS Anesthesia Services,    6785 Weaver Rd., Ste. 2D,   Rockford, IL 61114-8057
16837695   +Rockford Health Physicians,    2300 N. Rockton Ave.,   Rockford, IL 61103-3619
16837696    Rockford Health System,    2300 N. Rockton,   Rockford, IL 61103-3692
16837699   +Rockford Memorial Hospital,    c/o Rockford Mercantile Agency,    2502 S. Alpine,
             Rockford, IL 61108-7813
16837700   +Rockford Memorial Hospital,    c/o Allied Business Accounts,    300 1/2 S. Second St.,
             Clinton, IA 52732
16837697   +Rockford Memorial Hospital,    2400 N. Rockton,   Rockford, IL 61103-3681
16837698    Rockford Memorial Hospital,    c/o Creditor Services,    P.O. Box 4,   Clinton, IA 52733-0004
17451074   +Rockford Mercantile Agency Inc,    2502 South Alpine Road,   Rockford Illinois 61108-7813
16837701   +Rockford Orthopedic Appliance Co.,    422 E. State,   Rockford, IL 61104-1015
16837702    Rockford Radiology,    P.O. Box 5368,   Rockford, IL 61125-0368
16837703   +Sinnissippi Centers, Inc.,    325 IL Route 2,   Dixon, IL 61021-9162
16837704   +Swedish American Health Systems,    1401 E. State Street,   Rockford, IL 61104-2298
17504434   +Swedish American Hospital,    c/o Dennis A. Brebner & Associates,    860 S. Northpoint Blvd.,
             Waukegan, IL 60085-8211
16837705    Swedish American Management Service,    2550 Charles St.,   P.O. Box 1567,
             Rockford, IL 61110-0067
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17203845   +E-mail/Text: bnc@atlasacq.com Aug 31 2011 03:41:20     Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303,    attn: Avi Schild
16837682    E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2011 03:46:31     GE Money Bank,   P.O. Box 960061,
             Orlando, FL 32896-0061
16837685   +E-mail/Text: resurgentbknotifications@resurgent.com Aug 31 2011 03:37:58     LVNV Funding,
             P.O. Box 10497,   Greenville, SC 29603-0497
16837706   +E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 31 2011 04:06:16     Verizon Wireless,
             777 Big Timber Rd.,   Elgin, IL 60123-1401
17384447   +E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 31 2011 04:06:16     Verizon Wireless,
             PO BOX 3397,   Bloomington, IL 61702-3397
                                                                                              TOTAL: 5
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-3           User: cshabez              Page 2 of 2                   Date Rcvd: Aug 30, 2011
                               Form ID: pdf006            Total Noticed: 43

aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2582
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2582
                                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2011**                       **Signature:**   *Joseph Speetjens*