**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: COMBS, KENNETH C. | § Case No. 11-80634 |
| COMBS, CARLA A. | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $166,985.00             Assets Exempt:  $44,025.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,864.55      Claims Discharged
                                                 Without Payment:  $69,969.74

Total Expenses of Administration:  $1,456.26

---

3) Total gross receipts of $   3,320.81   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $3,320.81 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $129,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,456.26 | 1,456.26 | 1,456.26 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 70,875.00 | 19,109.29 | 19,109.29 | 1,864.55 |
| **TOTAL DISBURSEMENTS** | $199,875.00 | $20,565.55 | $20,565.55 | $3,320.81 |

4) This case was originally filed under Chapter 7 on February 18, 2011. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/27/2012         By: /s/JAMES E. STEVENS
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stock in AT&T3200. | 1129-000 | 3,200.76 |
| tax refund | 1224-000 | 120.00 |
| Interest Income | 1270-000 | 0.05 |
| **TOTAL GROSS RECEIPTS** | | **$3,320.81** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Byron Bank | 4110-000 | 99,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Byron Bank | 4110-000 | 30,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$129,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 830.20 | 830.20 | 830.20 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 617.00 | 617.00 | 617.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.70 | 2.70 | 2.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 6.36 | 6.36 | 6.36 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,456.26 | 1,456.26 | 1,456.26 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Rockford Health Physicians | 7100-000 | 1,200.00 | 50.00 | 50.00 | 4.92 |
| 2 | Advantage Assets II | 7100-000 | 1,000.00 | 988.61 | 988.61 | 97.30 |
| 3 | Rockford Memorial Hospital | 7100-000 | 5,700.00 | 5,710.87 | 5,710.87 | 562.04 |
| 4 | Atlas Acquisitions LLC | 7100-000 | N/A | 1,060.56 | 1,060.56 | 104.38 |
| 5 | Sinnissippi Centers, Inc. | 7100-000 | 350.00 | 346.51 | 346.51 | 34.10 |
| 6 | Verizon Wireless | 7100-000 | 1,700.00 | 1,664.30 | 1,664.30 | 0.00 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 295.42 | 295.42 | 29.07 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,265.51 | 1,265.51 | 124.55 |
| 9 | Portfolio Recovery Associates, LLC | 7100-000 | 3,600.00 | 3,527.15 | 3,527.15 | 347.13 |
| 10 | Rockford Mercantile Agency Inc | 7100-000 | 2,700.00 | 2,592.31 | 2,592.31 | 255.13 |
| 11 | Swedish American Hospital | 7100-000 | 1,900.00 | 1,444.26 | 1,444.26 | 142.14 |
| NOTFILED | OSF Health Care | 7100-000 | 2,350.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Midwest Dental c/o Affiliated Credit Services | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| NOTFILED | LVNV Funding | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | LVNV Funding c/o Tate & Kirlin Associates | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Orthopedic Associates of Illinois | 7100-000 | 375.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF Health Care | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Orthopedic Appliance Co. | 7100-000 | 1,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Management Service | 7100-000 | 775.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Radiology | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Memorial Hospital c/o Allied Business Accounts | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Memorial Hospital c/o Creditor Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Memorial Hospital c/o Rockford Mercantile | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Park Ridge Anesthesiology | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Health System | 7100-000 | 1,850.00 | N/A | N/A | 0.00 |
| NOTFILED | RHS Anesthesia Services | 7100-000 | 1,650.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Cardiac Surgery Associates | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Conklin | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Money Bank | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Department Store National Bank c/o United Recovery | 7100-000 | 425.00 | N/A | N/A | 0.00 |
| NOTFILED | Caraotta Chiropractic | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards Processing Center | 7100-000 | 34,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally c/o Central Credit Services, Inc. | 7100-000 | 4,700.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Money Bank c/o Portfolio Recovery Associates, | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| | U.S. Bankruptcy Court | 7100-000 | N/A | 163.79 | 163.79 | 163.79 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 70,875.00 | 19,109.29 | 19,109.29 | 1,864.55 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-80634  
**Case Name:** COMBS, KENNETH C.  
COMBS, CARLA A.  
**Period Ending:** 03/27/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/18/11 (f)  
**§341(a) Meeting Date:** 03/24/11  
**Claims Bar Date:** 07/05/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Location: 1439 Marijon Drive, Byron<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 4.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 11.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account at the Byron State Bank<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 375.00 | 0.00 | DA | 0.00 | FA |
| 5 | 8 rooms, TV, DVD, miscellaneous furniture and ap<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | clothing<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | jewelry<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 250.00 | 0.00 | DA | 0.00 | FA |
| 9 | Term insurance on job; no cash value<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | IRA<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 725.00 | 0.00 | DA | 0.00 | FA |
| 11 | Stock in AT&T3200.<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 9,500.00 | 4,140.00 | DA | 3,200.76 | FA |
| 12 | 2004 Dodge Dakota | 2,000.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-80634  
**Case Name:** COMBS, KENNETH C.  
COMBS, CARLA A.  
**Period Ending:** 03/27/12

**Trustee:** (330420)   JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/18/11 (f)  
**§341(a) Meeting Date:** 03/24/11  
**Claims Bar Date:** 07/05/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | 1998 Chevrolet Blazer  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 14 | tax refund (u) | 120.00 | 120.00 | DA | 120.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.05 | FA |
| 15 | Assets    Totals (Excluding unknown values) | **$166,985.00** | **$4,260.00** | | **$3,320.81** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   July 31, 2011    **Current Projected Date Of Final Report (TFR):**   August 16, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-80634  
**Case Name:** COMBS, KENNETH C.  
COMBS, CARLA A.  
**Taxpayer ID #:** **-***3615  
**Period Ending:** 03/27/12  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******59-65 - Money Market Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/24/11 | {11} | Kenneth and Carla Combs | stock | 1129-000 | 3,200.76 | | 3,200.76 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #11-80634, Bond #016018067 | 2300-000 | | 2.70 | 3,198.06 |
| 06/29/11 | {14} | Byron Bank - MO | tax refund | 1224-000 | 120.00 | | 3,318.06 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,318.08 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,318.10 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 6.36 | 3,311.74 |
| 08/16/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 3,311.75 |
| 08/16/11 | | To Account #9200******5966 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | | 3,311.75 | 0.00 |
| | | | ACCOUNT TOTALS | | 3,320.81 | 3,320.81 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,311.75 | |
| | | | **Subtotal** | | **3,320.81** | **9.06** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,320.81** | **$9.06** | |

{} Asset reference(s)  
Printed: 03/27/2012 02:35 PM  V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-80634  
**Case Name:** COMBS, KENNETH C.  
COMBS, CARLA A.  
**Taxpayer ID #:** **-***3615  
**Period Ending:** 03/27/12

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******59-66 - Checking Account  
**Blanket Bond:** $372,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/16/11 | | From Account #9200******5965 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | 3,311.75 | | 3,311.75 |
| 09/22/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $617.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 617.00 | 2,694.75 |
| 09/22/11 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $830.20, Trustee Compensation; Reference: | 2100-000 | | 830.20 | 1,864.55 |
| 09/22/11 | 103 | Advantage Assets II | Dividend paid 9.84% on $988.61; Claim# 2; Filed: $988.61; Reference: | 7100-000 | | 97.30 | 1,767.25 |
| 09/22/11 | 104 | Rockford Memorial Hospital | Dividend paid 9.84% on $5,710.87; Claim# 3; Filed: $5,710.87; Reference: | 7100-000 | | 562.04 | 1,205.21 |
| 09/22/11 | 105 | Atlas Acquisitions LLC | Dividend paid 9.84% on $1,060.56; Claim# 4; Filed: $1,060.56; Reference: | 7100-000 | | 104.38 | 1,100.83 |
| 09/22/11 | 106 | Sinnissippi Centers, Inc. | Dividend paid 9.84% on $346.51; Claim# 5; Filed: $346.51; Reference: | 7100-000 | | 34.10 | 1,066.73 |
| 09/22/11 | 107 | Verizon Wireless | Dividend paid 9.84% on $1,664.30; Claim# 6; Filed: $1,664.30; Reference: Stopped on 02/16/12 | 7100-000 | | 163.79 | 902.94 |
| 09/22/11 | 108 | Portfolio Recovery Associates, LLC | Dividend paid 9.84% on $295.42; Claim# 7; Filed: $295.42; Reference: | 7100-000 | | 29.07 | 873.87 |
| 09/22/11 | 109 | Portfolio Recovery Associates, LLC | Dividend paid 9.84% on $1,265.51; Claim# 8; Filed: $1,265.51; Reference: | 7100-000 | | 124.55 | 749.32 |
| 09/22/11 | 110 | Portfolio Recovery Associates, LLC | Dividend paid 9.84% on $3,527.15; Claim# 9; Filed: $3,527.15; Reference: | 7100-000 | | 347.13 | 402.19 |
| 09/22/11 | 111 | Rockford Mercantile Agency Inc | Dividend paid 9.84% on $2,592.31; Claim# 10; Filed: $2,592.31; Reference: | 7100-000 | | 255.13 | 147.06 |
| 09/22/11 | 112 | Swedish American Hospital | Dividend paid 9.84% on $1,444.26; Claim# 11; Filed: $1,444.26; Reference: | 7100-000 | | 142.14 | 4.92 |
| 09/22/11 | 113 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 4.92 | 0.00 |
| 02/16/12 | 107 | Verizon Wireless | Dividend paid 9.84% on $1,664.30; Claim# 6; Filed: $1,664.30; Reference: Stopped: check issued on 09/22/11 | 7100-000 | | -163.79 | 163.79 |
| 02/16/12 | 114 | U.S. Bankruptcy Court | unclaimed funds #6 Verizon Wireless | 7100-000 | | 163.79 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,311.75 | 3,311.75 | $0.00 |
| | | | Less: Bank Transfers | | 3,311.75 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 3,311.75 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$3,311.75** | |

{} Asset reference(s)

Printed: 03/27/2012 02:35 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-80634 | | **Trustee:** | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| **Case Name:** | COMBS, KENNETH C. | | **Bank Name:** | The Bank of New York Mellon |
| | COMBS, CARLA A. | | **Account:** | 9200-******59-66 - Checking Account |
| **Taxpayer ID #:** | **-***3615 | | **Blanket Bond:** | $372,000.00   (per case limit) |
| **Period Ending:** | 03/27/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # 9200-******59-65** | 3,320.81 | 9.06 | 0.00 |
| **Checking # 9200-******59-66** | 0.00 | 3,311.75 | 0.00 |
| | $3,320.81 | $3,320.81 | $0.00 |

{} Asset reference(s)                                                                                                              Printed: 03/27/2012 02:35 PM    V.12.57